IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JAHAAD CRAWFORD,<br>Defendant. | Case No.  5:17-CR-00004-JGB-1<br>ORDER OF DETENTION<br>[Fed. R. Crim. P. 31.1(a)(6);<br>18 U.S.C. § 3143(a)(1)] |
|---|---|

I.

On January 23, 2023, Defendant Jahaad Crawford ("Defendant") appeared before the Court for initial appearance on the petition and warrant for revocation of supervised release issued in this matter, Case No. 5:17-CR-00004-JGB-1.  The Court appointed David Robert Reed (through special appearance of Kristen Nichole Richards of the CJA Panel to represent Defendant.

///

///

II.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release, the Court finds that:

A.  ☒  Defendant submitted to the Government's Request for Detention;

B.  ☒  Defendant has not carried his burden of establishing by clear and convincing evidence that he will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:
- History of absconding;
- Prior history of disobeying Court orders;
- No bail resources.

D.  ☒  Defendant has not carried his burden of establishing by clear and convincing evidence that he will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:
- Known gang member;
- Continued association with gang members;
- Prior criminal history, including violent crimes involving weapons;
- Original conviction: felon in possession of firearm;
- Nature of instant violation conduct.

III.

In reaching this decision, the Court considered: (a) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device; (b) the weight of evidence

against the defendant; (c) the history and characteristics of the defendant; and (d) the nature and seriousness of the danger to any person or the community. [18 U.S.C. § 3142(g).] The Court also considered the report and recommendation of the U.S. Pretrial Services Agency.

## IV.

IT IS THEREFORE ORDERED that Defendant be detained pending further proceedings.

Dated: January 23, 2023

　　　　　　　　　　　　　　/s/
MARIA A. AUDERO
UNITED STATES MAGISTRATE JUDGE